THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM S. HILLMAN, Appellant, *v.* GUSTAV SCHOLER et al., as Coroners of the Borough of Manhattan, City of New York, Respondents.

*People ex rel. Hillman* v. *Scholer*, 94 App. Div. 282, affirmed. (Argued November 15, 1904; decided November 29, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June

15, 1904, which reversed a judgment entered upon a decision of the court at a Trial Term directing the issuance of a peremptory writ of mandamus to compel defendants to restore the relator to the office of chief clerk of the coroners' office of the borough of Manhattan.

*Ernest L. Crandall* for appellant.

*A. S. Gilbert* and *Julius M. Mayer* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.